**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO**

| | |
|---|---|
| **TRACY and RON FULTZ,**<br><br>    **Plaintiff**<br><br>   v.<br><br>**FRESH VIEW SOLUTIONS.,**<br><br>    **Defendant** | )<br>)<br>)<br>)<br>)  Case No.: 1:15-cv-02738-WYD<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: February 29, 2016　　　　　　BY: */s/ Craig Thor Kimmel*
　　　　　　　　　　　　　　　　　　Craig Thor Kimmel, Esquire
　　　　　　　　　　　　　　　　　　PA Attorney ID No. 57100
　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888 ext. 116
　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　Email: kimmel@creditlaw.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 29th day of February, 2016, a true and correct copy of the foregoing pleading served via mail to the below:

Manuel H. Newburger, Esq.
Barron & Newburger, PC
1212 Guadalupe, Suite 104
Austin, TX 78701-1837

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff